Michelle R. Ghidotti-Gonsalves, Esq., (SBN 27180)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732

Attorneys for Movant
U.S. Bank Trust National Association, as
Trustee of the SCIG Series III Trust, its successors
and assigns

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| In Re:<br><br>Mircea N. Pop And Monica A. Pop,<br><br>    Debtors.<br>_____<br><br>U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust,<br><br>    Movant,<br><br>v. Mircea N. Pop And Monica A. Pop<br><br>    Respondents. | CASE NO.: 2:16-bk-12577-BKM<br><br>CHAPTER 13<br><br>**[PROPOSED] ORDER TERMINATION AUTOMATIC STAY AND ABANDONING ESTATE PROPERTY**<br><br>Re: Real property located at<br>2021 W. Marconi Ave., Phoenix, AZ 85023 |

    U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust, its successors and/or assignees ("**Movant**"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

1

2:16-bk-12577-BKM
[Proposed] Order Terminating Automatic Stay

Case 2:16-bk-12577-BKM    Doc 44-2    Filed 10/11/18    Entered 10/11/18 16:32:55    Desc
Proposed Order    Page 1 of 2

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. §362(a) and the automatic injunction of 11 U.S.C. §524(a), are hereby vacated with respect to the property generally described as 2021 W. Marconi Ave., Phoenix, AZ 85023, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any valid legal action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED** that:

The following property generally described as 2021 W. Marconi Ave., Phoenix, AZ 85023, is hereby abandoned from the Debtor's Bankruptcy Estate.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearances agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**SO ORDERED,**

**(Signed and Dated Above)**